UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:14-CR-171-1 |
| | ) |
| MICHAEL ROSS SMITH | ) |

## MOTION TO SET CHANGE OF PLEA HEARING

Comes now the Defendant, by and through counsel, and hereby moves this Court to set a date and time for entry of a change of the Defendant's plea. For cause, the Defendant would show that he and the Government have reached an agreed settlement of the above-styled case.

.

Respectfully submitted,

_s/ Patrick G. Frogge
Patrick G. Frogge, No. 20763

BELL, TENNENT & FROGGE
Bank of America Plaza
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 244-1110 (telephone)
(615) 244-1114 (facsimile)
patrick@btflaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically to Assistant U.S. Attorney Stephanie Toussaint, Suite A-961, 110 Ninth Avenue, South, Nashville, Tennessee 37203 on this the 7th day of June, 2015.

_s/Patrick G. Frogge_____
PATRICK G. FROGGE